**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 363 WAL 2014
                                :
                    Respondent  :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
            v.                  :
                                :
                                :
                                :
BRITTANY LEIGH WILLIAMS,        :
                                :
                    Petitioner  :


## ORDER


**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.